Nora A. Connell, Appellant, v. Joseph D. Brinckerhoff, Respondent, Impleaded with Louis Roth. — Order affirmed, with ten dollars costs and disbursements, on the authority of *Connell* v. *New York, Ontario & Western R. Co.* (*ante*, p. 872) decided April 19, 1907. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

John Fleming, Respondent, v. General Chemical Company, Appellant.— Judgment modified by striking out the provision for an extra allowance for want of power in the court below to grant the same, and, as modified, judgment and order unanimously affirmed, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Patrick Fogarty, Respondent, v. General Chemical Company, Appellant.— Judgment modified by striking out the provision for an extra allowance for want of power in the court below to grant the same, and, as modified, judgment and order unanimously affirmed, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Frances T. Ingraham and Others, Respondents, v. International Salt Company and Others, as Receivers, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J. Woodward, Jenks, Hooker and Miller, JJ., concurred.

In the Matter of the Final Judicial Settlement of the Accounts of Archibald A. Reid, as Executor and Trustee of William H. Reid, Deceased. Archibald A. Reid, Individually and as Executor and Trustee of William H. Reid, Deceased, Appellant; John Murphy, Respondent.— Order of the Surrogate's Court of Richmond county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Annie Lamb, Respondent, v. John Miller, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks and Miller, JJ.; concurred; Woodward and Rich, JJ., dissented.

George Malhami and Gabriel Malhami, Respondents, v. Selma Abdelnour and Others, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

William S. Miller, Agent, Respondent, v. Lincoln H. Caswell and Another, Appellants.— Appeal dismissed, with costs, for the failure to make and file a return as required by the provisions of the Municipal Court Act.* Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Edward Delaney, Appellant.— Judgment of conviction affirmed. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller. JJ., concurred.